46271.   COMMERCIAL BANK & TRUST COMPANY
v. DONEHOO.

EBERHARDT, Judge. Since neither the appellant's brief nor the enumeration of errors makes a single reference to the pages of

the record, the enumerations are considered as abandoned and the judgment is affirmed. *Law v. Smith,* 226 Ga. 298 (174 SE2d 893) and citations.

Judgment affirmed. *Hall, P. J., and Whitman, J., concur.*
ARGUED JUNE 4, 1971—DECIDED SEPTEMBER 7, 1971.

*Seay & Sims, Clifford Seay,* for appellant.
*Smalley & Cogburn, John M. Cogburn, Jr.,* for appellee.